**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE LOPEZ,<br><br>               Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>              Defendant. | Case No. 5:18-cv-00864 AFM<br><br>**JUDGMENT** |

     In accordance with the Memorandum Opinion and Order Affirming Decision of Commissioner filed concurrently herewith,

     IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.


DATED: 5/28/2019

 

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE